IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

MARVIN JUNIUS SIMMONS, :
    Plaintiff :
 :
    vs. :    CIVIL NO. 1:CV-10-0739
 :
C. O. MALLICK, et al., :    (Judge Caldwell)
    Defendants :    (Magistrate Judge Blewitt)

*O R D E R*

THE BACKGROUND OF THIS ORDER IS AS FOLLOWS:

    On April 21, 2010, Magistrate Judge Blewitt filed a Report and Recommendation in this matter. On April 27, 2010, Plaintiff filed and signed a motion that all claims against defendants Mallick and Talutto be dismissed, stating that he does not wish to proceed with any claims (doc. 10).

    No objections have been filed and the Report is approved. Pursuant to Judge Blewitt's recommendations, as well as Plaintiff's motion, it is Ordered as follows:

1) All claims asserted against Defendant Sherelli , Mallick and Talutto are dismissed with prejudice, pursuant to Fed. R. Civ. P. 41(a)(2).

2) Plaintiff's request for transfer to another county prison is denied.

3) The Clerk of Court shall close this file.

    /s/William W. Caldwell
    William W. Caldwell
    United States District Judge

Date: May 21, 2010